**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| BETTY APAICO-HUAMANTINCO, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-00825-XR |
| | § | |
| PAM  BONDI,  KRISTI  NOEM,  JOSE | § | |
| RODRIGUEZ,  MIGUEL  VERGARA, | § | |
| DHS, PEARSALL TX EOIR, | § | |
| *Respondents* | § | |

## ORDER

On this date, the Court considered Petitioner Betty Apaico-Huamantinco's Motion for Voluntary Dismissal (ECF No. 5).  After careful consideration, the Motion is **GRANTED**, and this case is **DISMISSED.**

Petitioner filed this habeas petition on February 7, 2026.  ECF No. 1.  Unbeknownst to Petitioner's counsel in this case, Petitioner's family had retained other counsel, who filed a separate habeas petition on January 24, 2026.  ECF No. 5.  That petition is now ripe, so Petitioner requests voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(1).

Rule 41(a)(1)(A)(i) allows a petitioner to "dismiss an action without a court order by filing" "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  *See also Moses v. Dir., TDCJ-CID*, No. 4:24CV1094, 2025 WL 1270080, at *1 (E.D. Tex. May 1, 2025) (applying Rule 41 in the context of a Section 2241 habeas petition). Respondents have filed neither an answer nor a motion for summary judgment.  So dismissal under Rule 41(a)(1)(A)(i) is proper.

1

## CONCLUSION

It is therefore **ORDERED** that the Motion for Voluntary Dismissal (ECF No. 5) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT.**

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 18th day of February, 2026.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE